# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 18, 2025

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 23-3288<br><br>ERIC BLACKMON,<br>    *Plaintiff-Appellee,*<br><br>    *v.*<br><br>GREGORY JONES, JAMES SANCHEZ, and EUGENE SCHLEDER,<br>    *Defendants-Appellants.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 19 CV 767<br><br>Lindsay C. Jenkins,<br>*Judge.* |

**Order**

Plaintiff-Appellee filed a petition for rehearing and rehearing en banc on April 3, 2025. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.